UNITED STATES FEDERAL DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jamir F. Burrell #CB-3765<br>S.C.I Frackville<br>1111 Altamont Blvd.<br>Frackville, PA. 17931<br>      PETITIONER<br><br>VS<br><br>Joseph Chesney, Superintendent<br>S.C.I Frackville<br>1111 Altamont Blvd.<br>Frackville, PA. 17931<br>    AND<br>Pennsylvania Parole Board<br>      RESPONDANTS | NO. _____<br><br>**3: CV 01-125**<br><br>BRIEF<br>IN SUPPORT OF<br>"WRIT OF HABEAS CORPUS"<br>UNDER 28 U.S.C § 2254<br><br>**FILED<br>SCRANTON**<br><br>JUL - 6 2001<br><br>PER _____<br>    DEPUTY CLERK |

BRIEF IN SUPPORT FOR RELIEF
UNDER FEDERAL WRIT OF HABEAS CORPUS

---

IF IT PLEASES THIS HONORABLE FEDERAL COURT, PLEASE SEE AS EVIDENCE IN THIS MATTER NOW BEFORE THIS, HONORABLE FEDERAL COURT, FOR REVIEW AND RELIEF, THE FOLLOWING STATED EXHIBITS WHICH ARE ATTACHED HERETO...

EXHIBIT —— A; "FEDERAL COURT MANDATES REVIEW OF P.B.P.P. DECISIONS"
WHICH GIVES THIS HONORABLE FEDERAL COURT, THE JURISDICTION TO HEAR THIS CASE, AND TO GRANT PETITIONER THE REMEDY OF RELIEF REQUESTED HEREIN...

EXHIBIT —— B; YOUR PETITIONER'S "SENTENCE STATUS SUMMARY SHEET"...

EXHIBIT —— C; YOUR PETITIONER'S "PRESCRIPTIVE PROGRAM PLAN REQUIREMENTS"...

EXHIBIT —— D; YOUR PETITIONER'S "NOTICES FROM THE PENNSYLVANIA PAROLE BOARD, DENYING YOUR PETITIONER PAROLE"...

EXHIBT ――― E.; YOUR PETITIONER'S "PRISON REQUEST SLIPS TO S.C.I FRACKVILLE STAFF PROGRAM MANAGERS ― CONCERNING PROGRAMS COMPLETED BY PETITIONER" AND "CERTIFICATES OF COMPLETION OF PROGRAMS"...

---

AS THIS HONORABLE FEDERAL COURT, WILL CLEARLY SEE, BY REVIEWING THE ABOVE SAID EXHIBITS.
THE PENNSYLVANIA PAROLE BOARD, HAS CONTINUOUSLY VIOLATED YOUR PETITIONER'S UNITED STATES CONSTITUTIONAL RIGHTS, UNDER AT THE VERY LEAST, THE 14TH AMENDMENT OF THE UNITED STATES CONSTITUTION OF AMERICA "DUE PROCESS OF LAW". <u>BY DENYING YOUR PETITIONER PAROLE FOR REASONS AND/OR CIRCUMSTANCES THAT WILL NEVER CHANGE</u>, SUCH AS, THE PAROLE BOARD DETERMED THAT THEY ARE ACTING:

1... TO PROTECT THE SAFETY OF THE PUBLIC

AND

2... TO ASSIST IN THE FAIR ADMINISTRATION OF JUSTICE, COULD NOT BE ACHIEVED THROUGH RELEASING YOUR PETITIONER ON PAROLE ...

<u>IT IS THEREFORE VERY CLEAR THAT, THE PENNSYLVANIA PAROLE BOARD OPION OF YOUR PETITIONER WILL NEVER CHANGE</u>

YOUR PETITIONER, RESPECTFULLY STATES, THAT THE STATE OF PENNSYLVANIA COURTS, HAVE ALREADY MADE IT VERY CLEAR THAT, THEY WILL NOT HEAR ANY APPEALS AGAINST PENNSYLVANIA PAROLE BOARD DECISIONS.

THEREFORE, YOUR PETITIONER RESPECTFULLY REQUEST RELIEF, FROM THIS HONORABLE FEDERAL COURT FOR THE FOLLOWING REASONS:

1... YOUR PETITIONER'S DENIAL OF PAROLE FOR UNCONSTITUTIONAL REASONS...

2... YOUR PETITIONER'S DENIAL OF HAVING ACCESS TO THE PENNSYLVANIA STATE COURTS TO CHALLENGE THE IMPROPER DENIAL OF PAROLE IN VIOLATIONS OF PETITIONERS UNITED STATES CONSTITUTIONAL RIGHTS...

WHEREFORE, IN THE BEST INTEREST OF JUSTICE, AND, DUE PROCESS OF LAW, YOUR PETITIONER, RESPECTFULLY REQUEST, FOR THIS HONORABLE FEDERAL COURT, TO DO THE FOLLOWING — <u>FORTHWITH</u>, BY WAY OF REMEDY OF RELIEF:

1... TO APPOINT YOUR PETITIONER AN ATTORNEY, TO REPRESENT HIM IN THIS MATTER...

2... TO HAVE A HEARING ON THIS MATTER, BEFORE THIS HONORABLE FEDERAL COURT, AT THE EARLIEST POSSIBLE DATE...

3... <u>FOR THIS HONORABLE FEDERAL COURT, TO ORDER THE HEREIN NAMED RESPONDANTS TO, "UNCONDITIONALLY RELEASE YOUR PETITIONER FROM ALL CONFINEMENT/CUSTODY FORTHWITH</u>...

YOUR PETITIONER, RESPECTFULLY REQUEST THIS ACTION, DUE TO THE MASSIVE VIOLATIONS OF HIS UNITED STATES CONSTITUTIONAL RIGHTS, BY AND AT THE HANDS OF THE HEREIN NAMED RESPONDANTS — WHILE ACTING UNDER THE COLOR OF LAW...

TO NOT GRANT ALL OF THE HEREIN STATED REMEDIES OF RELIEF, WOULD ONLY SERVE TO ALLOW YOUR PETITIONER, TO BE SUBJECTED TO THIS, CONTINUOUS MISCARRIAGE OF JUSTICE, AND, THE CONTINUOUS VIOLATIONS OF YOUR PETITIONER'S UNITED STATES CONSTITUTIONAL RIGHTS — BY AND AT THE HANDS OF THE HEREIN NAMED RESPONDANTS...

RESPECTFULLY SUBMITTED

*Jamir F. Burrell*

PETITIONER

AFFIDAVIT

YOUR PETITIONER, HEREBY STATES UNDER OATH, THAT EVERYTHING STATED HEREIN IS, FACTUAL, TRUE, AND CORRECT...

*Jamir F. Burrell*

PETITIONER
S.C.I FRACKVILLE
1111 ALTAMONT BLVD
FRACKVILLE, PA. 17931

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 3rd DAY OF July 2001 AD

*Suzanne L. Domalake*

NOTARY PUBLIC

Notarial Seal
Suzanne L. Domalakes, Notary Public
Ryan Twp., Schuylkill County
My Commission Expires Sept. 16, 2004
Member, Pennsylvania Association of Notaries

# FEDERAL COURTS MANDATES REVIEW OF PBPP DECISIONS

In Burkett v. Love, 89 F.3d 135 (3d Cir.1996), the Third Circuit Court of Appeals held that the Pennsylvania appellate courts must review and hear state prisoner's appeals from a denial of parole based upon constitutional grounds other than the alleged abrogation of a liberty interest. Id., @ 140-41. In other words, if a prisoner seeks original/initial parole release and is REFUSED parole by the Board because of his/her race, religion, under arbitrary or capricious rational (e.g., past criminal history, failure to gain D.O.C. or Judge's recommendation; or, "any reason that will never change"), or because he files litigation against state officials, the Third Circuit determined that the State Courts must adjudicate these type of claims.

In response to Burkett, the Commonwealth Court issued an opinion in Weaver v. PBPP, 688 A.2d 766 (Pa.Comnw.Ct.1997) and held that the State is not bound by federal court decisions and that a state prisoner seeking original parole release cannot challenge a refusal of parole by the Board via an appeal to the state courts. These two cases (Burkett & Weaver) have created a conflict between the state and federal court systems regarding the proper adjudication of legitimate constitutional claims against the Board. Under federal habeas corpus law (28 U.S.C. §2254), when the State courts refuse to adjudicate federal constitutional claims as mentioned above, a state prisoner can file a habeas corpus petition directly with the U.S. District Court in his jurisdiction. He/she does not have to exhaust state court remedies by filing appeals through the Commonwealth Court of Pa. Supreme Court (the Supreme Court has affirmed the Commonwealth Court's position in prior cases, See, Marshall, 668 A.2d 136 (Pa.Comnw.Ct.1995).

Recently, the U.S. District Court in Marshall v. PBPP, English, et al, Civ.Action.No. 96-380 (W.D. Pa.), has issued two decisions finding that because of the Commonwealth Court's holding in Weaver, prisoner's habeas corpus claims to determine why the Board denied parole when the prisoner alleges a unconstitutional decision-based refusal of parole. In Marshall, the District Court has scheduled a evidentiary hearing to be conducted on September 11, 1997 @ 9:30 a.m., Courtroom #13, 5th Floor, U.S. Courthouse, Pgh., PA, where Board members and Marshall will submit evidence regarding his retaliation claims.

For any prisoner who can demonstrate that he/she has been denied parole for any unconstitutional reason or under misinformation or a duplicated rationale (example: failure to complete prison treatment programing, when you have completed all required programs), you can file a federal habeas corpus action directly in the federal court in your jurisdiction under two claims: (1) denial of parole for unconstitutional reasons, and (2) denial of access to the State courts to challenge the improper parole denial in violation of your constitutional rights. These claims must be adjudicated by the federal courts and will ultimately pressure the Board into applying fair and impartial parole decisions. The Federal courts are empowered to grant a prisoners "unconditional release" when the State refused to adjudicate federal constitutional claims. Read §2254.

| DC-16D | | | |
|---|---|---|---|
| **SENTENCE STATUS SUMMARY** | | **COMMONWEALTH OF PENNSYLVANIA** | |
| | | **DEPARTMENT OF CORRECTIONS** | |

## 1. SENTENCE SUMMARY

Class of Sentence: ☐ DEFINITE  ☒ INDEFINITE  ☐ GENERAL  ☐ LIFE  ☐ COMMUTED LIFE  ☐ EXECUTION

| Date | County | Number, Term Court, Indictment | Type Sent | Minimum Y | Minimum M | Minimum D | Maximum Y | Maximum M | Maximum D | Judge | Offense | Offense Track Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-5-93 | Delaware | CP#6927A/92 | | 5 | | | 10 | | | Battle | Murder 3° | C8388 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| Continued From DC# | Plea: NG | Total Sentence: | 5 | | | 10 | | | Commitment Credit: 223d |
|---|---|---|---|---|---|---|---|---|---|
| Fines | | Costs | | | | Restitution | | | $3,632.90 |

Summary or Remarks on Sentence

## 2. DATES SECTION

| Item | Original | Change #1 | Change #2 | Change #3 | Change #4 | Change #5 |
|---|---|---|---|---|---|---|
| DATE OF RECEPTION | 4-19-93 | | | | | |
| EFFECTIVE DATE | 8-25-92 | | | | | |
| EXPIRATION OF MINIMUM | 8-25-97 | | | | | |
| EXPIRATION OF MAXIMUM | 8-25-2002 | | | | | |
| EFFECTIVE DATE - PV | xxxxx | | | | | |
| DELINQUENT TIME | xxxxx | | | | | |
| BACKTIME | xxxxx | | | | | |
| NEW MAXIMUM - PV | xxxxx | | | | | |
| SENTENCE CHANGE | xxxxx | | | | | |
| BASIS FOR CHANGE | xxxxx | | | | | |
| NEW SENTENCE | xxxxx | | | | | |

1st Release: Method—Inst.—Date | 2nd Release: Method—Inst.—Date | 3rd Release: Method—Inst.—Date | 4th Release: Method—Inst.—Date

## 3. REFERENCES AND IDENTIFICATION

| 1st Admission: Inst.—Date | 2nd Admission: Inst.—Date | 3rd Admission: Inst.—Date | 4th Admission: Inst.—Date |
|---|---|---|---|
| EDCC 4-19-93 | T/CDCC 4-29-93 | SCIF 11/16/93 | |

| Prosecuting Police Department | Place of Birth | Date of Birth | Marital Status | R-S |
|---|---|---|---|---|
| Chester PD | Chester, PA | 3-  78 | Sep. | B/M |

| DC Number | PBPP Number | SID Number | Name | | |
|---|---|---|---|---|---|
| CB-3765 | | | BURRELL, Jamir F. | ☐ TN | ☐ ALIAS |

(OVER)

| DC-43 | COMMONWEALTH OF PENNSYLVANIA | | | |
|---|---|---|---|---|
| PRESCRIPTIVE PROGRAM PLAN | Department of Corrections | | | |
| DC NUMBER | NAME | | INSTITUTION | DATE INITIAT[ED] |
| CB3765 | BURRELL, JAMIR  CL3 | | SCIF | 8-17-[?] |

| NEW CHARGE | AREAS OF CONCERN | | | OLD CHARGE |
|---|---|---|---|---|
| | ( ) Mental Health | ( ) Physical | (✓) Assaultiveness | |
| | (✓) Vocational | (✓) Drug | ( ) Sexual | |
| | ( ) Academic | ( ) Alcohol | (✓) Escape | |
| | ( ) Other | | Firearm | |

**RECOMMENDED ACTIONS**
(The following is a list of suggested programs and/or kinds of behavior which may help you with the weakness and/or problem areas):

INMATE SHOULD AVOID MISCONDUCTS/EARN GOOD HOUSING UNIT REPORTS

1. Participate in Activity Programs offered at SCIF.
2. D&A Evaluation by Mr. Rosato.
   (Counselor must submit referral, if needed).
3. School ABE____ GED____ College____ Mr. G. Kost____.
4. Vocational Training contact Mr. Evans.
5. Inmate Employment contact Mr. Davison.
6. Secure a Parole Plan (Home & Job) within 6 months. Next PRH Review Jan. 1999
7. MHU Groups Decision Making____ Life Skills____ Stress____ Self Awareness____.

(7) Attend and successfully complete D/A Orders group.

_____, CC II                    X_____
Signature of Staff Member                           Signature of Inmate

Tentative Progress Review (date) __8/99__

**RESULTS ACHIEVED** or reasons for lack of results

_____          _____          _____
Signature of Staff Member              Date Reviewed                   Signature of Inmate

The two lists are not all inclusive and may change over time. Additional weaknesses and/or problem areas may be un-covered. Weaknesses and/or problem areas may be overcome or reduced in importance. Programs may be completed or additional programs may be indicated. These lists can and should be reviewed periodically to account for any progress or lack of progress. You should request a review through your Counselor to discuss any changes and to keep your prescriptive program current.
While all participation in all programs is strictly voluntary, progress or lack of progress in dealing with weaknesses and/or problem areas will be one of the factors taken into consideration for all actions requiring staff support such as recommendations for program level changes, job changes, pre-release, commmutation, and parole.

WHITE—DC-15     YELLOW—Inmate After Progress Review     PINK—Other     GOLDENROD—Inmate When Initiate[d]

| DC-43 | COMMONWEALTH OF PENNSYLVANIA | | |
|---|---|---|---|
| PRESCRIPTIVE PROGRAM PLAN | Department of Corrections | | |
| DC NUMBER | NAME | INSTITUTION | DATE INITIA... |

NEW CHARGE

**AREAS OF CONCERN**
( ) Mental Health ( ) Physical ( ) Assaultiveness
( ) Vocational ( ) Drug ( ) Sexual         OLD CHARGE
( ) Academic ( ) Alcohol ( ) Escape
( ) Other

**RECOMMENDED ACTIONS**
(The following is a list of suggested programs and/or kinds of behavior which may help you with the weakness and/o... problem areas):

INMATE SHOULD AVOID MISCONDUCTS/EARN GOOD HOUSING UNIT REPORTS

1. Participate in Activity Programs Offered at SCIF____.
2. Follow Drug & Alcohol Recommendations____.
3. School: ABE____ GED____ College____ Contact Ms. E. Hnylanski.
4. Vocational Training. Contact Mr. G. Kost.
5. Inmate Employment. Contact Mr. Davison.
6. Secure a Parole Plan (Home & Job) within 6 months.
7. Complete MHU Groups: Decision Making____ Life Skills____ Stress____ Self Awareness____.
8. Sex Offender's Evaluation____.
9. Participate in Sex Offender's Program____.
10. Follow Psychiatric Recommendations____.
11. Comply with Medication Recommendations____.

_____                    _____
Signature of Staff Member                     Signature of Inmate

Tentative Progress Review (date) _____

**RESULTS ACHIEVED** or reasons for lack of results

_____    _____    _____
Signature of Staff Member        Date Reviewed             Signature of Inmate

The two lists are not all inclusive and may change over time. Additional weaknesses and/or problem areas may be un... covered. Weaknesses and/or problem areas may be overcome or reduced in importance. Programs may be completed or additional programs may be indicated. These lists can and should be reviewed periodically to account for any pro- gress or lack of progress. You should request a review through your Counselor to discuss any changes and to keep your prescriptive program current.
While all participation in all programs is strictly voluntary, progress or lack of progress in dealing with weaknesses and/ or problem areas will be one of the factors taken into consideration for all actions requiring staff support such as recom- mendations for program level changes, job changes, pre-release, commmutation, and parole.

WHITE—DC-15        YELLOW—Inmate After Progress Review        PINK—Other        GOLDENROD—Inmate When Initiate...

NOTICE OF BOARD DECISION
PBPP-15(6/98)

**COMMONWEALTH OF PENNSYLVANIA**
**PENNA. BOARD OF PROBATION AND PAROLE**

RECD PBPP
99 JAN 25 AM 10: 55
SCI-FRACKVILLE

DATE: 011999

CLIENT NAME: JAMIR F. BURRELL
INSTITUTION: SCI - FRACKVILLE

PAROLE NO: 3246U
INSTITUTION NO: CB3765

AS RECORDED ON 010599 THE BOARD OF PROBATION AND PAROLE RENDERED THE FOLLOWING DECISION IN YOUR CASE:

FOLLOWING AN INTERVIEW AND REVIEW OF YOUR FILE, THE PENNSYLVANIA BOARD OF PROBATION AND PAROLE HAS DETERMINED THAT THE MANDATES TO PROTECT THE SAFETY OF THE PUBLIC AND TO ASSIST IN THE FAIR ADMINISTRATION OF JUSTICE CANNOT BE ACHIEVED THROUGH YOUR RELEASE ON PAROLE. YOU ARE THEREFORE REFUSED PAROLE AND ORDERED TO:

BE REVIEWED IN OR AFTER JANUARY, 2000.

AT YOUR NEXT INTERVIEW, THE BOARD WILL REVIEW YOUR FILE AND CONSIDER:

WHETHER YOU HAVE RECEIVED A FAVORABLE RECOMMENDATION FOR PAROLE FROM THE DEPARTMENT OF CORRECTIONS.

WHETHER YOU HAVE MAINTAINED A CLEAR CONDUCT RECORD AND COMPLETED THE DEPARTMENT OF CORRECTIONS' PRESCRIPTIVE PROGRAM(S).

*SLR 01-19-99*

CLIENT COPY
JAMIR F. BURRELL          CB3765
SCI - FRACKVILLE
1111 ALTAMONT BOULEVARD
FRACKVILLE, PA
                17931

W. Conway Bushey
W. CONWAY BUSHEY
BOARD SECRETARY

NOTICE OF BOARD DECISION
PBPP-15(6/96)

COMMONWEALTH OF PENNSYLVANIA
PENNA. BOARD OF PROBATION AND PAROLE

DATE: 01/18/2000

CLIENT NAME: JAMIR F. BURRELL
INSTITUTION: SCI - FRACKVILLE

PAROLE NO: 3246U
INSTITUTION NO: CB3765

AS RECORDED ON 01/18/2000 THE BOARD OF PROBATION AND PAROLE RENDERED THE FOLLOWING DECISION IN YOUR CASE:

FOLLOWING AN INTERVIEW AND REVIEW OF YOUR FILE, THE PENNSYLVANIA BOARD OF PROBATION AND PAROLE HAS DETERMINED THAT THE MANDATES TO PROTECT THE SAFETY OF THE PUBLIC AND TO ASSIST IN THE FAIR ADMINISTRATION OF JUSTICE CANNOT BE ACHIEVED THROUGH YOUR RELEASE ON PAROLE. YOU ARE THEREFORE REFUSED PAROLE AND ORDERED TO:

BE REVIEWED IN OR AFTER SEPTEMBER, 2000.

AT YOUR NEXT INTERVIEW, THE BOARD WILL REVIEW YOUR FILE AND CONSIDER:
WHETHER YOU HAVE SUCCESSFULLY COMPLETED A TREATMENT PROGRAM FOR SUBSTANCE ABUSE.
WHETHER YOU HAVE RECEIVED A FAVORABLE RECOMMENDATION FOR PAROLE FROM THE DEPARTMENT OF CORRECTIONS.
WHETHER YOU HAVE MAINTAINED A CLEAR CONDUCT RECORD AND COMPLETED THE DEPARTMENT OF CORRECTIONS' PRESCRIPTIVE PROGRAM(S).
CURRENT MENTAL HEALTH EVALUATION TO BE AVAILABLE AT TIME OF REVIEW.

*SLR 01-18-2000*

REC'D PBPP
00 JAN 24 PM 12:11
SCI-FRACKVILLE

CLIENT COPY
JAMIR F. BURRELL           CB3765
SCI - FRACKVILLE
1111 ALTAMONT BOULEVARD
FRACKVILLE, PA       17931

Kathleen Zwierzyna
KATHLEEN ZWIERZYNA
BOARD SECRETARY

3

| DC-135A | COMMONWEALTH OF PENNSYLVANIA |
| --- | --- |
| | DEPARTMENT OF CORRECTIONS |
| INMATE'S REQUEST TO STAFF MEMBER | INSTRUCTIONS |
| | Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. |

| 1. TO: (NAME AND TITLE OF OFFICER) | 2. DATE |
| --- | --- |
| ~~Mr. Mont~~ | 9-17-00 |
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) | 4. COUNSELOR'S NAME |
| JAMIR BURRELL #CB-3765 | MR. SMITROVICH |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT |
| C-A BLK JANITOR | CA-31 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

MR. MONT, I AM UNSURE OF A MATTER. I BELIEVE I HAVE ATTEND YOUR STRESS REDUCTION AND SELF AWARENESS CLASS BUT I'M NOT SURE IF I'VE COMPLETED THEM OR NOT. IF I HAVE COMPLETED THEM CAN YOU PLEASE LET ME KNOW THE DATE OF THE COMPLETION. I WOULD REALLY APPRECIATE IT VERY MUCH.

THANK YOU,
Jamir Burrell

C.C. FILE

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

FINISHED

SELF AWARENESS 10-9-96

STRESS REDUCTION 8-29-96

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER: David Mont MHt                    DATE: 9-18-00

| DC-135A | COMMONWEALTH OF PENNSYLVANIA |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | DEPARTMENT OF CORRECTIONS |
| | INSTRUCTIONS |
| | Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. |

1. TO: (NAME AND TITLE OF OFFICER) MR. STOCKHOLM
2. DATE: 9-17-00
3. BY: (INSTITUTIONAL NAME AND NUMBER) JAMIR BURRELL #CB-3765
4. COUNSELOR'S NAME: MR. SMITKOVICH
5. WORK ASSIGNMENT: CA-21 JANITOR
6. QUARTERS ASSIGNMENT: CA-31
7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

MR. STOCKHOLM, I AM UNSURE OF A MATTER THAT IS BOTHERING M[E]. I KNOW I WAS IN D&A INTRO, DRUG DEALERS GROUP, AND LEVEL 1 BUT I AM NOT SURE IF I HAVE COMPLETED THESE GROUPS. I WAS HOPING YOU CAN INFORM ME OF THE DATES OF I HAVE COMPLETED THESE GROUPS. I WOULD REALLY APPRECIATE IT VERY MUCH FOR YOUR ASSISTANCE ON THIS IMPORTANT MATTER.

THANK YOU.

Jamir Burrell

C.C. FILE

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Group completed:     Date:

Intro D&A — 11/95
Relapse — 8/00
Dealers — 4/99
Phase I — 6/98
Phase II — Terminated 2x's currently on wait list.

☐ TO DC-14 CAR ONLY                ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER: SmJoss DATS II
DATE: 9-20-00

# Certificate of Completion

*This is to certify that*

**CB-3765  Burrell, Jamir**

**22.5 Hours**

*Has completed the Phase II
Therapy Group
at S.C.I. Frackville*

*— God grant me the serenity to
accept the things I cannot change,
the courage to change the things I can,
and the wisdom to know the difference. —*

_[signature]_
Superintendent

_[signature]_
Deputy Supt.

**December 7, 2000**
Date Completed

*Cheryl L. Pastucka, D.A.T.S. II*
Program Coordinator

D-14

# Certificate of Completion

*This is to certify that*

CB-3665   Jamir Burrell

*Has completed the Basic
Drug and Alcohol Introductory Group
at S.C.I. Frackville*

*— God grant me the serenity to
accept the things I cannot change,
the courage to change the things I can,
and the wisdom to know the difference. —*

_____                    _____
Superintendent                                        Deputy Supt.

10/06/95                                              _____
Date Completed                                  Program Coordinator

# Certificate of Completion

*This is to certify that*

CB-3765 Burrell, Jamir

18 hours

*Has completed the Drug & Alcohol Dealer's Group at S.C.I. Frackville*

*—God grant me the serenity to accept the things I cannot change, the courage to change the things I can, and the wisdom to know the difference.—*

_____
Superintendent

_____
Deputy Supt.

April 28, 1999
Date Completed

_____
Program Coordinator

# Certificate of Completion

AWARDED TO

**CB-3765  Burrell, Jamir**
NAME

FOR SUCCESSFULLY COMPLETING THE RELAPSE PREVENTION GROUP COUNSELING PROGRAM AT STATE CORRECTIONAL INSTITUTION FRACKVILLE

*God grant me the serenity to accept the things I cannot change,*

*courage to change the things I can,*

*and wisdom to know the difference.*

**August 29, 2000**
Date Completed

_McCleary_
Program Coordinator

_signature_
Deputy Superintendent

_signature_
Superintendent