# JUDGE'S COPY

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF PENNSYLVANIA

FILED HARRISBURG
AUG 1 3 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

| | | |
|---|---|---|
| JAMIR F. BURRELL | : | CIVIL ACTION |
|     PETITIONER | : | |
| | : | 1:01-cv-1254 |
| vs | : | |
| | : | |
| JOSEPH CHESNEY, SUPT., | : | |
| ET AL., | | |

## OBJECTION TO
## REPORT AND RECOMMENDATION
## OF MAGISTRATE JUDGE BLEWITT

To the Honorable Judge Kane, and Judge's of the above mentioned Honorable Federal Court. . .

    Comes now, Respectfully Your above said Petitioner, who strongly objects to the Report and Order/Recommendation or Magistrate Judge Blewitt, for the following reasons;

1. . . The Magistrate Judge stated that the Right to parole is not a **Constitutional** issue, and in fact no inmate has a Right to parole. Parole is a matter of Grace and Mercy; and the Magistrate Judge is correct on both of those counts;

However

The Magistrate Judge is in error, in that:

> A. **YOUR PETITIONER DID/HAS COMPLETED ALL OF HIS REQUIRED PROGRAMS,** AS THE Exhibits attached to his **WRIT OF HABEAS CORPUS** very clearly confirms.
>
> B. **YOUR PETITIONER WAS DENIED PAROLE FOR REASONS AND/OR CIRCUMSTANCES THAT WILL NEVER CHANGE,** such as the Nature of his Crime, Having or not having Prison Et. Al. Official Recommendation for parole. Therefore, both "A" and "B" above stated, Do indeed Violate Your Petitioner's **UNITED STATES CONSTITUTIONAL RIGHTS,** under the **DUE RPOCESS OF LAW CLAUSE OF THE 14TH AMENDMENT. . .**

The Exhibits **"FEDERAL COURT'S MANDATE"** attached to Petitoner **WRIT OF HABEAS CORPUS** very clearly states that the above stated "A" and "B" are indeed Violations of the **DUE PROCESS OF LAW CLAUSE, OF THE 14TH AMENDMENT, OF THE UNITED STATES CONSTITUTION OF AMERICA. . .**

2. . . The state of Pennsylvania's Commonwealth Court and the Supreme Court of Pennsylvania, have made it very clear that they will not hear any Case's against the Pennsylvania Parole Board and in fact will not make any Ruling against the Pennsylvania Parole Board. To confirm this see, the Exhibit **"FEDERAL COURT'S MANDATE"** attached to Your Petitioner's **WRIT OF HABEAS CORPUS.** Thus, denying access to the State Courts--to inmates filing Meritful claims against Pennsylvania Parole Board.

(continue)

    Indeed Violates the **DUE PROCESS OF LAW CLAUSE, OF 14TH AMENDMENT OF THE UNITED STATES CONSTITUTION OF AMERICA** . . .

Wherefore, Respectfully Your Petitioner is indeed entitled to have this Honorable Federal Court to hear and grant his **WRIT OF HABEAS CORPUS**. . .

---

Due to the aforementioned Reason's/Facts, and in the best interest of Justice, and **DUE PROCESS OF LAW**. Your Petitioner, Respectfully prays that this Honorable Federal Court **WILL NOW** hold a hearing on this entire matter and thereafter, Respectfully Grant **FORTHWITH**, ALL THE Remedies of Relief stated within Your Petitioners **WRIT OF HABEAS CORPUS**. . .

---

If Your Honor's, for any Reason's decide to dismiss Your Petitioners **WRIT OF HABEAS CORPUS**, Your Petitioner Respectfully Request this Honorable Federal Court to Re-file this **WRIT OF HABEAS CORPUS**- After the 3RD Circuit Court of Appeals most likely makes a favorable decision on a "Like Case" in the near future. . .

---

                RESPECTFULLY SUBMITTED

                *James F. Burrell*
                   PETITIONER

DATE: *August 10, 2001*