IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMIR F. BURRELL,** | : |
| Petitioner, | : |
| | : CIVIL ACTION NO. 1:CV-01-1254 |
| v. | : (Judge Kane) |
| | : (Magistrate Judge Blewitt) |
| **JOSEPH CHESNEY, SUPT.,** | : |
| et al. | : |
| Respondent. | : |

FILED
HARRISBURG, PA
NOV 1 5 2001
MARY E. D'ANDREA, CL.
Per _____
Deputy Clerk

## ORDER

Before the Court is the July 23, 2001 report and recommendation of the magistrate judge recommending summary dismissal of Petitioner's petition for writ of habeas corpus. Petitioner filed objections to the report and recommendation on August 13, 2001. The Court's review of the file and Petitioner's objections reveals that the objections consist of arguments fully considered and rejected by the magistrate judge.

Accordingly, and upon <u>de novo</u> independent review of the entire record and the applicable law, **IT IS ORDERED THAT**:

1) The Court adopts the report and recommendation of Magistrate Judge Blewitt.
2) Petitioner's petition for writ of habeas corpus is **DISMISSED**.
3) The Clerk of Court is directed to close this file.

_____
YVETTE KANE
United States District Judge

Dated: November 14, 2001

Certified from the record
Date: 11-15-01
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 15, 2001

Re:  1:01-cv-01254    Burrell v. Chesney

True and correct copies of the attached were mailed by the clerk to the following:

```
Jamir F. Burrell
SCI-F
CB-3765
SCI at Frackville
1111 Altamount Blvd.
Frackville, PA  17931-2699
```

cc:
Judge                           (✓)            ( ) Pro Se Law Clerk
Magistrate Judge                (✓)            ( ) INS
U.S. Marshal                    ( )            ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   (✓)
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to:  US Atty Gen  ( )   PA Atty Gen ( )
                                         DA of County ( )   Respondents ( )
Bankruptcy Court                ( )
Other _____   ( )

MARY E. D'ANDREA, Clerk

DATE: __11-15-01__                          BY: _____
                                                 Deputy Clerk